**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KYLE PERRY,

      Petitioner,

      v.

WARDEN,

      Respondent.

CIVIL ACTION NO.: 4:26-cv-51

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 25, 2026, Report and Recommendation, (doc. 7), to which petitioner has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Petitioner's Motion to Proceed *in forma pauperis* is **DENIED**. (Doc. 3.) Pursuant to the Court's Local Rules, Petitioner is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id. The Court also notes that Petitioner has failed to file an amended Petition, as directed by the Magistrate Judge. (Doc. 7, pp. 4—5.) If he submits an Amended Petition within the period provided above to pay the filing fee, he is also **DIRECTED** to **SHOW CAUSE** for his failure to timely comply with the Magistrate Judge's Order.

**SO ORDERED**, this 2nd day of April, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA